

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00099-CR

**RICHARD BERNARD STEPP,**

              **Appellant**

 **v.**

**THE STATE OF TEXAS,**

              **Appellee**

---

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 06-03822-CRF-272

---

## MEMORANDUM  OPINION

---

Richard Bernard Stepp seeks to appeal the trial court's denial of his motion for judgment *nunc pro tunc* which he filed nearly two years after his conviction became final.  The Clerk of this Court advised the parties that the appeal is subject to dismissal for want of jurisdiction because it appears there has been no appealable order.  *See Everett v. State*, 82 S.W.3d 735, 735 (Tex. App.—Waco 2002, pet. dism'd).  The Clerk also notified the parties that the appeal may be dismissed unless a response was filed showing grounds for continuing the appeal.  No response has been filed.

This Court does not have jurisdiction to review an order in a criminal case unless that jurisdiction is expressly granted by the Texas Constitution or by statute. *See Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008); *Everett*, 82 S.W.3d at 735. No statute vests this Court with jurisdiction over an appeal from an order denying a motion for judgment *nunc pro tunc*. Accordingly, the appeal is dismissed for want of jurisdiction.

FELIPE REYNA
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed June 24, 2009
Do not publish
[CR25]